Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JOSHUA REGAN, <br><br> Defendant. | CASE NO. MJ25-105 <br><br> COMPLAINT for VIOLATION <br><br> Title 18, U.S.C., Section 922(g)(1) |

BEFORE, Michelle L. Peterson, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant, Matthew Laramee, a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations, being duly sworn, states:

## COUNT ONE

**(Unlawful Possession of a Firearm)**

On or about February 25, 2025, in King County, within the Western District of Washington, JOSHUA REGAN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

Complaint - 1
*United States v. Joshua Regan*
USAO No. 2024R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

i.  *Violation of the Uniform Controlled Substances Act Delivery of Heroin*, in the Superior Court of Washington for King County, under case number 12-1-04833-5 SEA, on or about March 27, 2013;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: *a Savage 22 caliber rifle model 987*, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Matthew Laramee, being first duly sworn on oath, depose and say:

## **INTRODUCTION**

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, violations of numerous federal statutes.

2. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations, and have been so employed since 2020. I am currently assigned to the Office of the Special Agent in Charge in Seattle, Washington, specifically to the Counter-Proliferation Investigations (CPI) Group, where I investigate cases involving the illegal import and export of weapons and other items to and from the United States.

3. I have received formal criminal investigator training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also received formal training as a certified Firearms Instructor with the HSI Office of Firearms and Tactical Programs located in Fort Moore, Georgia. Based on my training and experience, I am familiar with the areas of criminal law, firearms law, firearms training, and firearms nomenclature. I am also familiar with the manners in which individuals illegally acquire and import

Complaint - 2
*United States v. Joshua Regan*
USAO No. 2024R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

export-controlled merchandise from the United States to foreign countries and into the United States from foreign countries.

4. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; the review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

5. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I, or others, have learned during the course of this investigation.

## SUMMARY OF PROBABLE CAUSE

6. On February 21, 2025, United States Magistrate Judge Brian A. Tsuchida authorized a search warrant under case number MJ25-092 to search 5210 12th Avenue NE, Apartment H, Seattle, Washington (hereinafter "the apartment"). I understood the apartment to be REGAN's residence based on several sources, including: the Washington State Department of Licensing revealed that REGAN updated his address to the apartment on May 10, 2021, and had not changed his address since; on January 31, 2025, a United States Postal Inspector confirmed that Regan consistently received packages at the apartment; and on several occasions in January and February 2025 I observed a car most recently registered to REGAN (but with an expired registration) parked outside the apartment complex. (As discussed below, I have since developed additional confirmation that REGAN lives at the apartment.) I am not aware of any coresidents at the apartment, though I observed REGAN on February 22, 2025, departing the apartment with another person.

7. On February 25, 2025, HSI and other law enforcement agencies served the search warrant at the apartment. It is a one-bedroom, studio-style apartment, one of

Complaint - 3
*United States v. Joshua Regan*
USAO No. 2024R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

approximately ten units in a residential house that has been converted into a multi-unit rental complex. After entering the complex's front door, the apartment is accessed from its own interior door. An FBI team breached the front door of the complex, then after knocking and announcing and receiving no response at the door of the apartment, forced open the apartment door to gain entry. They then performed a safety sweep of the apartment. REGAN was not present.

8. In total, nine firearms were seized by the FBI team performing the safety sweep and by HSI agents during the balance of the search. The firearms, beginning with the one charged in Count One, were located as described below, and some of them are depicted (not necessarily as they were found) in the subsequent photographs:

- A loaded Savage 22 caliber rifle model 987, found by the FBI team mounted over the bed.
- A loaded Winchester Super X pump shotgun, found by the FBI team near the front door.
- An unserialized AR15 style rifle, found by the FBI team mounted over a closet.
- A loaded, unserialized 9mm Polymer 80 Glock clone, found by the FBI team next to the bed.
- A loaded, unserialized 9mm Sig Sauer 320 with forward grip, found by the FBI team next to the bed.
- A loaded Wilson Combat 9mm pistol, found by the FBI team next to the bed.
- A 22 caliber Heritage revolver, found by the HSI team in the closet.
- A loaded AR15 style rifle made by Eagle Arms with attached suppressor, found by the HSI team in the closet.
- An AR15 style rifle from Rock River Arms, found by the HSI team in the closet.

Complaint - 4
*United States v. Joshua Regan*
USAO No. 2024R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970







Complaint - 5
*United States v. Joshua Regan*
USAO No. 2024R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. Among the ammunition loaded into the guns and found elsewhere in the apartment were (1) green-tipped rifle rounds, which are a partially steel core round designed to enhance the round's ability to penetrate hard objects that other lead core rounds typically would not be able to penetrate (such as body armor worn by law enforcement); and (2) fragmenting pistol rounds, which are designed to break apart into multiple smaller pieces upon impact. In total, the search team seized more than 600 green-tipped rifle rounds, more than 40 fragmenting pistol rounds, and more than 900 additional rounds of ammunition.

10. The search team also found dozens of gun parts and accessories, including multiple suppressors and body armor, throughout the apartment.

11. In the kitchen, the search team located a Crown Royal bag containing a plastic bag, which in turn contained a brown powder substance that HSI Special Agent Ernest McGeachy recognized through his training and experience as likely narcotics. Agent McGeachy field-tested the substance and it tested presumptively positive for methamphetamine. I weighed the substance, which in total (inclusive of the plastic packaging) weighs approximately 564 grams.

12. The search team found additional evidence that REGAN is the apartment's resident. Among other indicia of occupancy, there was a missed delivery slip addressed to REGAN at the apartment's front door and a safe in the apartment containing REGAN's passport. A few days before the search, I also observed REGAN and another person departing the apartment complex together.

13. Finally, on a shelf the search team found three United States passports and one Vietnamese passport that do not depict REGAN. I ran the U.S. passports through the Treasury Enforcement Communications System (TECS), which is a database maintained by Customs and Border Protection that tracks (among other things) whether U.S. passports have been reported lost or stolen. One of the U.S. passports had all of the pages removed but still displayed the passport number, and TECS confirmed that a passport

Complaint - 6
*United States v. Joshua Regan*
USAO No. 2024R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

with that number was reported stolen on October 31, 2022. The second U.S. passport showed its possessor's full name, and TECS confirmed that person reported her passport stolen on January 20, 2025, when according to TECS records her boyfriend's vehicle was stolen. The final U.S. passport and the Vietnamese passport belonged to the same individual, and TECS did not show that person as having reported their U.S. passport stolen or lost, but Seattle Police Department records show that he reported his vehicle stolen on January 20, 2025.

## INTERSTATE NEXUS OF FIREARM

14. Bureau of Alcohol, Tobacco, and Firearms (ATF) Special Agent Brian Arnold, an agent who is an expert at conducting interstate nexus reviews, reviewed photographs of certain firearms described above. Based on his experience, knowledge, and research, he preliminarily determined that the firearm referenced in Count One—*a Savage 22 caliber rifle model 987*—is a "firearm" as defined by federal law, and was manufactured outside of the State of Washington, and thus traveled in interstate and/or foreign commerce, in order to be received or possessed in the State of Washington.

## REGAN'S CRIMINAL HISTORY

15. I have reviewed criminal history documents relating to REGAN and found that he was previously convicted of at least the following crime punishable by a term of imprisonment exceeding one year: *Violation of the Uniform Controlled Substances Act Delivery of Heroin*, in the Superior Court of Washington for King County, under case number 12-1-04833-5 SEA, on or about March 27, 2013.

16. For the above-listed offense, REGAN was sentenced to a term of post-conviction imprisonment of one year and one day, according to the Judgment and Sentence from King County Superior Court. That document confirms that the total standard range was 12+ to 20 months.

Complaint - 7
*United States v. Joshua Regan*
USAO No. 2024R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

17. In connection with sentencing on April 19, 2013, King County Superior Court records reflect that REGAN signed an acknowledgement of his inability to possess firearms under Washington State law.

### CONCLUSION

18. Based on the above facts, I respectfully submit that there is probable cause to believe that REGAN committed the aforementioned offense.

Matthew Laramee, Complainant
Special Agent, HSI

Based on the Complaint and Affidavit, which was sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1, the Court hereby finds that there is probable cause to believe that the Defendant committed the offense set forth in the Complaint.

Dated this __27__ day of February 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

Complaint - 8
*United States v. Joshua Regan*
USAO No. 2024R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970